**Sean W. Carney, OSB No. 054550**
Email: scarney@chartwelllaw.com
The Chartwell Law Offices, LLP
7700 NE Parkway Drive, Ste. 215
Vancouver, WA 98662
Telephone:    (503) 886-8108
Facsimile:    (503) 961-7864

*Attorneys for Defendant American Modern Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDELTON DIVISION

| | |
|---|---|
| GERALD RUSSELL,<br><br>                    Plaintiff,<br>vs.<br><br>AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | NO. 2:24-cv-00311-HL<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to this litigation hereby move this Court for a general dismissal with prejudice in the above-captioned case, including all claims and counterclaims, and without costs or attorney fees to any party and without presentation of the Order.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Respectfully submitted this 24th day of September, 2024.

| | |
|---|---|
| The Chartwell Law Offices, LLP | Insurance Law |
| By /s/ Sean W. Carney | By /s/ Nick Gower |
| Sean W. Carney, OSB No. 054550 | Nick Gower, OSB No. 143274 |
| Email: scarney@chartwelllaw.com | Email: nick@gower.law |
| 7700 NE Parkway Drive, Ste. 215 | 1211 SW 5th Avenue, Ste. 2250 |
| Vancouver, WA 98662 | Portland, OR 97204 |
| Telephone: (503) 886-8108 | Telephone: (503) 507-3973 |
| Facsimile: (503) 961-7864 | |
| *Attorneys for Defendant American Modern Property and Casualty Insurance Company* | *Attorneys for Plaintiff Gerald Russell* |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ADJUDGED that all claims asserted by and between the parties in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 25th day of September, 2024.

_____
The Honorable Andrew D. Hallman

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE